**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08CR340–HEH |
| | ) | |
| DINA ORTIZ-LAINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

THIS MATTER is before the Court on a Report and Recommendation ("R&R"),

pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable Dennis W.

Dohnal, United States Magistrate Judge ("Magistrate Judge"), on September 17, 2008.

Having reviewed the R&R in this case and there being no objections, this Court

HEREBY ACCEPTS and ADOPTS the R&R.  In accordance with that R&R, the Court

HEREBY ACCEPTS the Defendant's guilty plea made pursuant to Fed. R. Crim. Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                  _____/s/_____

                                                Henry E. Hudson
                                                United States District Judge

Date: Oct. 6, 2008
Richmond, VA